# United States Court of Appeals
# for the Fifth Circuit

———————————

No. 23-40377
Summary Calendar

———————————

United States Court of Appeals
Fifth Circuit

**FILED**

January 22, 2024

Lyle W. Cayce
Clerk

Lisa Marie Searcy,

*Plaintiff—Appellant*,

*versus*

Texas Attorney General Warren Kenneth Paxton, Jr.;
Helen Truscott, *Attorney*; Jennifer Burnett, *Attorney*; Jana
Wheeler, *Attorney*; Mark Aronowitz, *Attorney*; Et al.,

*Defendants—Appellees*.

———————————————————————

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 3:21-CV-113

———————————————————————

Before Wiener, Stewart, and Douglas, *Circuit Judges*.

Per Curiam:[*]

Plaintiff-Appellant Lisa Marie Searcy has filed a pro se appeal from the dismissal of her 42 U.S.C. § 1983 action and the denial of her mandamus petitions. Her arguments are purely conclusory, without the required citations to authority and the record and with no explanation of how the

———————————————————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 23-40377

district court erred. *See* Fed. R. App. P. 28(a)(8); *Yohey v. Collins*, 985 F.2d 222, 225 (5th Cir. 1993). Accordingly, she has abandoned any challenge to the district court's decision. *See United States v. Scroggins*, 599 F.3d 433, 446 (5th Cir. 2010); *Brinkmann v. Dallas Cnty. Deputy Sheriff Abner*, 813 F.2d 744, 748 (5th Cir. 1987).

AFFIRMED.